1012

No. 03–6781. KUPAZA v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 03–6802. EVANS, AKA TAYLOR v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6813. ESTRADA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–6815. CARR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6817. AZANON-RODAS v. UNITED STATES (Reported below: 73 Fed. Appx. 83); MERCADO-VARGAS, AKA BERRONES VARGAS, AKA PEREZ v. UNITED STATES (73 Fed. Appx. 82); MOLINA-RODRIGUEZ v. UNITED STATES (73 Fed. Appx. 83); NUNEZ-VILLA v. UNITED STATES (73 Fed. Appx. 83); ORTIZ-RAMIREZ v. UNITED STATES (73 Fed. Appx. 83); PACHECO-HERRERA v. UNITED STATES (73 Fed. Appx. 83); RAMIREZ-BOVADILLA, AKA CORREA-ESQUIVEL v. UNITED STATES (73 Fed. Appx. 83); SEGURA-CARRERA v. UNITED STATES (73 Fed. Appx. 83); CISNEROS-PEREZ v. UNITED STATES (73 Fed. Appx. 83); GUARDIOLA-SALAS v. UNITED STATES (73 Fed. Appx. 83); JARAMILLO-CERVANTES v. UNITED STATES (73 Fed. Appx. 82); MALDONADO-LOPEZ v. UNITED STATES (73 Fed. Appx. 82); MARTINEZ-SEGOVIA v. UNITED STATES (73 Fed. Appx. 83); and TORRES-VASQUEZ v. UNITED STATES (73 Fed. Appx. 83). C. A. 5th Cir. Certiorari denied.

No. 03–6819. CHAPMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–128. UNITED TECHNOLOGIES CORP., PRATT & WHITNEY v. RUMSFELD, SECRETARY OF DEFENSE. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–160. ADVOCAT, INC., ET AL. v. SAUER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF SAUER. Sup. Ct. Ark. Motions of Arkansas Insurance Department et al. and American Health Care Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–189. LERNER ET AL. v. FLEET BANK ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the